Case 3:22-cv-00268   Document 12   Filed on 02/27/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 27, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ANGELIQUE WALSH, § § Plaintiff § § VS. § § THE OFFICES OF REDD, § HOFFMAN & BRAMLETT, LLC § § Defendant. § | NO. 3:22-cv-268 |

# ORDER

The Federal Rules of Civil Procedure require service on defendants within 90 days after the complaint is filed. *See* Fed. R. Civ. P. 4(m). This lawsuit was filed on July 26, 2022. Dkt. 1. On December 8, 2022, this court *sua sponte* granted the plaintiff an additional 60-day extension to effectuate service. Dkt. 10. The plaintiff has not yet served the defendant.

Accordingly, it is hereby **ORDERED** that all claims asserted by any party in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

Signed on Galveston Island this 27th day of February, 2023.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE